DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DONALD PERRY,

Appellant,

v.

RICKY DIXON, DEPARTMENT OF CORRECTIONS
SECRETARY

Appellee.

No. 2D2024-1831
_____

September 26, 2025

Appeal from the Circuit Court for Desoto County;  Don T. Hall, Judge.

Donald Perry, pro se.

James Uthmeier, Attorney General, Tallahassee, and Jessica
Schwieterman, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

      Affirmed.


LUCAS, C.J., and BLACK and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.